LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

DAVID N. KENT,

    Plaintiff,

v.

KILOLO KIJAKAZI, Commissioner of Social Security,

    Defendant.

No. SACV 20-02161 MAA

[PROPOSED] ORDER AWARDING EAJA FEES

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($7,500.00) subject to the terms of the stipulation.

DATE:  10/14/2021 _____

HON. MARIA A. AUDERO,
UNITED STATES MAGISTRATE JUDGE