UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| DAVID N. KENT,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security<br><br>    Defendant. | Case No. 8:20-cv-02161-MAA<br><br>~~PROPOSED~~ ORDER AWARDING ATTORNEY FEE PURSUANT TO 42 U.S.C. § 406(b) |

### ORDER

IT IS SO ORDERED. Counsel for the Plaintiff is hereby awarded the gross fee of $39,531.75, pursuant to 42 U.S.C. § 406(b). Plaintiff's counsel is also ordered to refund EAJA fee paid for district court work in the amount of $7,500 to the plaintiff, resulting in a net fee to be paid to counsel of $32,031.75 (Thirty-Two Thousand Thirty-One Dollars and 75/100).

Date:  August 26, 2024

_____
HON. MARIA A. AUDERO
U.S. MAGISTRATE JUDGE

i